STATE OF NEW JERSEY, PLAINTIFF-PETITIONER, v. GEORGE F. BARTELL, DEFENDANT-RESPONDENT.

See same case below: 15 *N. J. Super.* 450.

*Mr. Edward Cohn* for the petitioner.

February 4, 1952. Granted.

MILTON J. LIEBSTEIN, PLAINTIFF-PETITIONER, v. HENRY N. SCHRAGE, DEFENDANT-RESPONDENT.

See same case below: 16 *N. J. Super.* 384.

*Messrs. Mayer & Mayer* for the petitioner.

*Messrs. Budd & Larner* for the respondent.

February 4, 1952. Denied.